# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Daniel L Kralik                                             CHAPTER 13

Debtor(s)

BKY. NO. 24-70284

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

Respectfully submitted,

/s/ Brent J. Lemon

PA Western BK
24 Jul 2024, 11:57:31, EDT

Denise Carlon, Esq. (317226)   ☐
Brent Lemon, Esq. (86478)      ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: 0d36d1764ee5af0855881a29deae7ed6f20f693872022086528360bc8404d229