# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: :
: Case No. 24-70284-JAD
**Daniel L. Kralik,** :
: Chapter 13
**Debtor** :
:

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 7th day of July, 2025, a true and correct copy of the Order dated July 3, 2025, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail U.S. Postage paid on the Parties below:

EVERYTHING ICE, INC.
115 SCHOOL STREET
SALIX, PA 15952

DANIEL L. KRALIK
215 2ND STREET
EAST CONEMAUGH, PA 15909

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Respectfully submitted,

Executed on: July 7, 2025

/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470