**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **Daniel L. Kralik,** | ) | **Case No. 24-70284-JAD** |
| **Debtor** | ) | |
| | ) | **Chapter 13** |
| | ) | |
| | ) | Related to Docs. #2, 34 and 51 |

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

❑    a motion to dismiss case or certificate of default requesting dismissal

❑    a plan modification sought by:    _____

❑    a motion to lift stay
as to creditor    _____

☑    Other:    Notice of Mortgage Payment Change filed June 29, 2026

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☑    Chapter 13 Plan dated July 17, 2024
❑    Amended Chapter 13 Plan dated

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☑    Debtor's Plan payments shall be changed from $ 961.00 to $984.00, effective July 2026; and/or the Plan term shall remain at 36 months per Order of Court Confirming Plan on Final Basis dated December 9, 2024.

-1-

❑    In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments.  If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❑    Debtor(s) shall file and serve _____ on or before _____.

❑    If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❑    If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☑    Other: <u>The Notice of Mortgage Payment Change dated June 29, 2026, is resolved per this Order. In addition, except with respect to the increased payment, the previously entered ORDER CONFIRMING PLAN ON FINAL BASIS at Doc No. 34 is incorporated herein.</u>

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order.  Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this __2nd__ day of _____July_____, 2026

Dated: _____7/2/2026_____

_____ sjk
Jeffery A. Deller
United States Bankruptcy Judge

Stipulated by:                          Stipulated by:

/s/ Kenneth P. Seitz, Esquire           /s/ Dennis Sloan, Esquire
Counsel to Debtor                       Counsel to Chapter 13 Trustee

Stipulated by:

_____
Counsel to affected creditor

cc:   All Parties in Interest to be served by Clerk

FILED
7/2/26 12:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

-3-

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Daniel L Kralik

    Debtor

Case No. 24-70284-JAD

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7

Date Rcvd: Jul 02, 2026

User: auto

Form ID: pdf900

Page 1 of 2

Total Noticed: 21

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel L Kralik, 215 2nd Street, East Conemaugh, PA 15909-1827 |
| 15820265 | + | Geraldine M. Linn, Esquire, KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15820266 | + | Healthcare First Cu, 620 Howard Ave, Altoona, PA 16601-4804 |
| 15820272 | + | TD Retail Card Services, P.O. Box 11956, Newark, NJ 07101-4956 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jul 03 2026 00:22:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15820261 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 03 2026 00:35:07 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15839430 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 03 2026 00:34:55 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15820262 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 03 2026 00:34:46 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15820263 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 03 2026 00:34:55 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15820264 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 03 2026 00:35:07 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 16428841 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 03 2026 00:22:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15824286 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 03 2026 00:34:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15841168 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 03 2026 00:35:07 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15820267 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 03 2026 00:34:42 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15820268 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 03 2026 00:22:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 16434101 | | Email/Text: nsm_bk_notices@mrcooper.com | Jul 03 2026 00:22:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 15820269 | + | Email/PDF: cbp@omf.com | Jul 03 2026 00:34:42 | One Main Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 16432579 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 03 2026 00:34:55 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC |

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 29603-0587 |
| 15820270 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 03 2026 00:34:42 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15820271 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 03 2026 00:35:07 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15823355 | + | Email/Text: tdebn@credbankserv.com | Jul 03 2026 00:22:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |

TOTAL: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC |
| cr | | Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC |
| cr | *+ | LVNV FUNDING, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2026          Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Kenneth P. Seitz | on behalf of Debtor Daniel L Kralik thedebterasers@aol.com |
| Matthew Fissel | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Steven K. Eisenberg | on behalf of Creditor NATIONSTAR MORTGAGE LLC seisenberg@sterneisenberg.com  bkecf@sterneisenberg.com |

TOTAL: 6